**Motion Denied; Order filed April 9, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00787-CV
_____

**SARITA GARG, SMITH & GARG, LLC AND GARG & ASSOCIATES, PC,**
**Appellants**

**V.**

**TUAN M. PHAM, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-43381**

---

## ORDER

Appellee filed a motion to correct and supplement the clerk's record, citing to Texas Rules of Appellate Procedure 13.1 and 34.6(c), which apply to reporter's records. Rule 34.5(c) applies to supplementation of the clerk's record and provides:

> If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or any party may be letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item.

Tex. R. App. P. 34.5(c).

Appellee's motion is denied. Appellee may request supplementation of the clerk's record directly from the Harris County District Clerk. *See* Tex. R. App. P. 34.5(c). "A party requesting that an item be included in the clerk's record must specifically describe the item so that the clerk can readily identify it." Tex. R. App. P. 34.5(b)(2).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.